Good morning, Your Honors. I please the Court, Michael Self, on behalf of Mr. Anucilla. Your Honors, this matter has essentially been resolved. I submitted a correspondence on Friday because that's when everything got worked out. But essentially, as to the arguments, we would agree. This case is really disposed of by the agreement, and I would leave it up to Your Honors to choose how to proceed from now. My position is we would be withdrawing the petition. The Convener So you'd voluntarily dismiss the appeal? I mean, that would seem to solve the problem, wouldn't it? Michael Self That's how I would have proceeded on Friday, but it happened so late. The Convener Sure. If you're willing to do that, I only speak for myself, but that sounds like a good idea to me. Ann Marie Yes, that would resolve our issues. Michael Self Right. I believe that's the proper way to proceed. Ann Marie Okay. The Convener Anything else? Thank you. Thank you very much. Ann Marie I'll let the government speak, if the government has anything they want to say. Michael Self I'm sorry. Ann Marie Good morning. May it please the Court? Ann Marie We were saying that we were thanking you for your response, and we were going to give the government an opportunity. Michael Self Fine. Okay. Good. Janice Redfern Good morning, Your Honors. May it please the Court? Janice Redfern for the respondent, the Attorney General. In light of the petitioner's agreement to withdraw the petition for review, the government has no objection to that. Of course, if there are any questions that I can answer for the Court, I'd be happy to do so. Michael Self No, I think that leaves it up to the BIA and DHS below. We don't have to do anything else. Ann Marie This is where it belongs. All right. Well, in that case, I think the case of Onesea v. Garland is submitted, and we'll look for a motion to withdraw the petition for review. Janice Redfern Thank you. Michael Self Thank you.
judges: Boggs, IKUTA, UNKNOWN